*Application Granted. Sentencing is rescheduled until MAY 16, 2022 at 10:00 AM. SO ORDERED!*

*[signature] USDJ 4/1/22*

# Green & Willstatter
### ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

March 31, 2022

Hon. Vincent L. Briccetti
United States District Court
300 Quarropas Street
White Plains, New York 10601

    Re:  United States v. Calvin Smith
        21 Cr. 802 (VB)

Dear Judge Briccetti:

  This is an application to adjourn the sentencing proceedings for approximately two weeks. The sentencing is currently set for April 25, 2022. My sentencing memorandum is currently due to be filed on April 11, 2022. I will be out-of-state April 11-17, 2022.

  The Final PSR has not been disclosed. The defense timely objected to some findings in the Draft PSR on March 18, 2022. It would make sense for my sentencing memorandum to refer to the cited paragraphs of the Final, not the Draft, PSR.

  Mr. Smith, who is detained, will not be prejudiced by the delay as –no matter which sentencing range the Court selects– he is facing a substantial term of imprisonment.

  The government consents to the requested adjournment.

        Very truly yours,

        /s/ Richard Willstatter
        RICHARD D. WILLSTATTER