UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :
                                                                           :
v.                                                                        :     **ORDER**
                                                                           :
CALVIN SMITH,                                              :     21 CR 802 (VB)
                         Defendant.                        :
--------------------------------------------------------------x

      In the last few days, the parties have filed multiple letters in connection with the sentencing scheduled for May 16, 2022, at 10:00 a.m., which raise numerous, significant sentencing issues, leaving insufficient time for the Court to prepare for sentencing.

      **Accordingly, the sentencing will NOT proceed on May 16.** All parties shall nevertheless appear as scheduled, at which time the Court will address these issues and set a new sentencing date and/or a schedule for further briefing.

Dated: May 13, 2022
       White Plains, NY

                                          SO ORDERED:

                                          _____
                                          Vincent L. Briccetti
                                          United States District Judge