USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CALVIN SMITH,
        Petitioner,

v.

UNITED STATES OF AMERICA,
        Respondent.
--------------------------------------------------------------x

**ORDER**

21 CR 802 (VB)
25 CV 2894 (VB)

    On August 6, 2025, petitioner Calvin Smith filed his reply (entitled "amendment to order to show cause and 2255") to the government's memorandum in opposition to petitioner's Section 2255 motion. Because the reply raises new arguments regarding the timeliness of the motion, in particular with respect to the doctrine of equitable tolling, the government is directed to submit a response by September 8, 2025. The motion will be considered fully submitted at that time.

    Chambers will mail a copy of this order to Smith at the following address:

Calvin Smith, Reg. No. 69509-509
USP Lee
U.S. Penitentiary
P.O. Box 305
Jonesville, VA 24263

Dated: August 7, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge